**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01419-LTB-BNB

YVONNE EPPERSON,
TRACEY GIBSON,
JACQUELINE KIZER, and
JUAN-EL FLETCHER,
    Plaintiffs,

v.

HOSPITAL SHARED SERVICES, INC. d/b/a FIRSTWATCH SECURITY SERVICES,
    Defendant.

_____

**ORDER OF PARTIAL DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice By and Between Jacqueline Kizer and Defendant (filed August 4, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE between Plaintiff Jacqueline Kizer and Defendant only,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: August 5, 2005