### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01419-LTB-BNB

YVONNE EPPERSON,
TRACEY GIBSON, and
JUAN-EL FLETCHER,

      Plaintiffs,

v.

HOSPITAL SHARED SERVICES, INC. d/b/a FIRSTWATCH SECURITY SERVICES,

      Defendant.

_____

### MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant's Unopposed Motion for Relief from Judgment (Doc 63 - filed May 18, 2006) is **GRANTED**.

Dated: May 19, 2006
_____